GEORGE C. SMITH et al., Respondents, *v.* THOMAS J. ALLEN, Individually and as Administrator of the Estate of MARGARET L. SCHULTZ, Deceased, et al., Respondents, and MARY A. HOELZLE et al., Appellants.

*Smith* v. *Allen,* 143 App. Div. 934, affirmed.
(Argued April 8, 1912; decided May 7, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1911, affirming a judgment in favor of plaintiffs entered in an action of partition pursuant to a prior order of the Appellate Division, which reversed a judgment of Special Term dismissing the complaint and directed the entry of an interlocutory judgment of partition and sale without further trial.

*William P. Maloney* and *Headley M. Greene* for appellants.

*Joseph Fettretch* and *Lanman Crosby* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.